**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pervacio, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1908198** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**5215 N. O'Connor Blvd.**
**11th Floor**
**Irving, TX 75039**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Dallas**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.pervacio.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | Pervacio, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7371

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | **Pervacio, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Pervacio, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/05/2020
           MM / DD / YYYY

**X** *Sanjay Kanodia*
    Signature of authorized representative of debtor

**Sanjay Kanodia**
Printed name

Title   **Chief Executive Officer**

---

**18. Signature of attorney**

**X** */s/ Ronald S. Gellert*
    Signature of attorney for debtor

Date   09/09/2020
        MM / DD / YYYY

**Ronald S. Gellert, Esq.**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5800**          Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

---

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Pervacio, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on August 31, 2020, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"), and to commence the Chapter 7 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 7 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 7 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer

determines are necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 7 liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Executive Officer of Pervacio, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with Aftermaster, Inc. this [31] day of August, 2020.

By: _Sanjay Kanodia_____

Name: Sanjay Kanodia

Title: Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name  **Pervacio, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/05/2020          x *Sanjay Kanodia*
                                  Signature of individual signing on behalf of debtor

**Sanjay Kanodia**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re   **Pervacio, Inc.**
                                                          Case No.
                                          Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor       □ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor       □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

09/09/2020                                           */s/ Ronald S. Gellert*

*Date*                                               **Ronald S. Gellert (DE 4259)**
                                                     *Signature of Attorney*
                                                     **Gellert Scali Busenkell & Brown, LLC**
                                                     **1201 N. Orange Street**
                                                     **Suite 300**
                                                     **Wilmington, DE 19801**
                                                     **302-425-5800  Fax: 302-425-5814**
                                                     **rgellert@gsbblaw.com**
                                                     *Name of law firm*

---

| Fill in this information to identify the case: |
| --- |

Debtor name    **Pervacio, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................    $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................    $    814,168.12

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................    $    814,168.12

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    8,363,120.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    1,112,111.09

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    8,785,102.10

4. **Total liabilities** ......................................................................................
Lines 2 + 3a + 3b    $    18,260,333.19

**Fill in this information to identify the case:**

Debtor name    **Pervacio, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **CitiBank** | **Non-Personal Checking** | **4279** | **$1,053.12** |
| 3.2. | **CitiBank** | **Non-Personal Checking** | **8182** | **$0.00** |
| 3.3. | **Silicon Valley Bank** | **Non-Personal Checking** | **2884** | **$0.00** |
| 3.4. | **Silicon Valley Bank** | **Non-Personal Checking** | **2907** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      | **$1,053.12** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Pervacio, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 3:     Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | **396,958.00** | - | **0.00** | = .... | **$396,958.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | **399,234.00** | - | **0.00** | =.... | **$399,234.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$796,192.00** |

## Part 4:     Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **Pervacio Canada Inc.** | **100** % | | **Unknown** |
| 15.2. | **Pervacio Finland Inc.** | **100** % | | **Unknown** |
| 15.3. | **Pervacio Japan Inc.** | **100** % | | **Unknown** |
| 15.4. | **Pervacio India Inc.** | **99** % | | **Unknown** |
| 15.5. | **Pervacio Hungary Inc.** | **100** % | | **Unknown** |
| 15.6. | **Pervacio Mexcio Inc.** | **100** % | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Pervacio, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 15.7. | Pervacio Peru Inc. | % | | **Unknown** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                                                                                                    **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

<div style="background:black;color:white">Part 5:</div> **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 6:</div> **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 7:</div> **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office Furniture | $10,109.00 | | $10,109.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment | $6,814.00 | | $6,814.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                                                                                                    **$16,923.00**
Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Pervacio, Inc.**
_____    Case number *(If known)* _____
Name

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **SEE ATTACHED LIST- Several Patents Pending and One Patent Approved.** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** **Pervacio.com; PervacioOne.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Robotics Equipment** | **$1,500,000.00** | | **$0.00** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | **Unknown** |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pervacio, Inc.**                                        Case number *(If known)*
          Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Pervacio, Inc.**
_____
Name                                                         Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,053.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $796,192.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,923.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $814,168.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $814,168.12 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Pervacio, Inc.
Attachment to Schedule A/B-
Question No. 60- List Patents

Pervacio Inc. Patent Cases

| Docket No. | App. No. | Title | Type | 1st Inventor | Status | Note |
|---|---|---|---|---|---|---|
| PERVACIO001 | 15/177,970 | MOBILE DEVICE DIAGNOSTICS | Utility: Non-Provisional | Sanjay Kanodia | Patented | 10108477 |
| PERVACIO001P | 62/245,872 | CARE AGENT DIAGNOSTICS | Utility: Provisional | Sanjay Kanodia | Expired | |
| PERVACIO002P | 62/260,680 | MOBILE DEVICE REMOTE IDENTIFICATION FOR RECLAMATION | Utility: Provisional | Sanjay Kanodia | Expired | |
| PERVACIO003 | NA | BATTERY TEST | Utility: Provisional | Sanjay Kanodia | Unfiled | |
| PERVACIO003P | 62/271,432 | BATTERY TEST | Utility: Provisional | Sanjay Kanodia | Expired | |
| PERVACIO004P | 62/373,173 | TETHERED DEVICE SWITCH WITH WIRELESS CONNECTION | Utility: Provisional | Sanjay Kanodia | Expired | |
| PERVACIO004 | 15/674,445 | TETHERED DEVICE SWITCH WITH WIRELESS CONNECTION | Utility: Non-Provisional | Sanjay Kanodia | Pending | Pre-1st Action |
| PERVACIO005P | 62/395,111 | AUTOMATED DIAGNOSTICS FOR DEVICE DISPLAY AND CAMERA | Utility: Provisional | Smita Madhukar Nirmal | Expired | |
| PERVACIO005 | 15/706,381 | AUTOMATED DIAGNOSTICS FOR DEVICE DISPLAY AND CAMERA | Utility: Non-Provisional | Smita Madhukar Nirmal | Pending | Pre-1st Action |
| PERVACIO006 | 15/884,866 | DEVICE AND COMPONENTS OVERHEATING | Utility: Non-Provisional | Sanjay Kanodia | Pending | Pre-1st Action |
| PERVACIO006P | 62/453,648 | DEVICE AND COMPONENTS OVERHEATING | Utility: Provisional | Sanjay Kanodia | Expired | |
| PERVACIO007 | 15/885,237 | COSMETIC DEFECT EVALUATION | Utility: Non-Provisional | Sanjay Kanodia | Pending | Response Final Deadline 10/3/2019 |
| PERVACIO007P | 62/458,277 | COSMETIC DEFECT CHECK | Utility: Provisional | Sanjay Kanodia | Expired | |

Pervacio Inc. Patent Cases

| Docket No. | App. No. | Title | Type | 1st Inventor | Status | Note |
|---|---|---|---|---|---|---|
| PERVACIO008P | 62/641,579 | LIQUID DAMAGE DETECTION | Utility: Provisional | Aninda Chatterjee | Expired | |
| PERVAC008PCT | US19/21848 | LIQUID DAMAGE DETECTION | Utility: PCT | Sanjay Kanodia | Pending | Expires 09/12/20 |
| PERVACIO009P | 62/721,000 | RESTRICTED SERIAL BUS DISCOVERY | Utility: Provisional | Sanjay Kanodia | Pending | Expires 08/22/19 |
| PERVACIO010P | 62/734,076 | READY TO USE MOBILE DEVICES | Utility: Provisional | Sanjay Kanodia | Pending | Expires 09/20/19 |
| PERVACIO010P1 | 62/748,570 | ENTERPRISE READY TO USE MOBILE DEVICES | Utility: Provisional | Sanjay Kanodia | Pending | Expires 10/22/19 |
| PERVACIO011P | 62/732,916 | VEHICLE AUTOMATIC DEFECT EVALUATION | Utility: Provisional | Sanjay Kanodia | Pending | Expires 09/18/19 |
| PERVACIO012P | 62/758,030 | LCD DEFECT EVALUATION | Utility: Provisional | Sanjay Kanodia | Pending | Expires 11/09/19 |
| PERVACIO013P | 62/781,886 | DEVICE SETUP ASSISTANCE | Utility: Provisional | Sanjay Kanodia | Pending | Expires 12/19/19 |
| PERVACIO014P | 62/780,014 | LIQUID DAMAGE INDICATOR CAMERA FIXTURE | Utility: Provisional | Ari-Pekka Luoma | Pending | Expires 12/14/19 |
| PERVACIO015P | 62/789,679 | CHAMBER IMAGING THROUGH CONSTRICTED PORTAL | Utility: Provisional | Ari-Pekka Luoma | Pending | Expires 1/8/20 |
| PERVACIO016P | 62/801,761 | DEVICE-TO-DEVICE COSMETIC DEFECT EVALUATION | Utility: Provisional | Ari-Pekka Luoma | Pending | Expires 1/9/20 |
| PERVACIO017P | 62/789,658 | DEVICE HARDWARE INSPECTION | Utility: Provisional | Sanjay Kanodia | Pending | Expires 1/8/20 |
| PERVACIO018P | 62/790,359 | AUTOMATIC DEVICE IDENTIFICATION | Utility: Provisional | Sanjay Kanodia | Pending | Expires 1/9/20 |
| PERVACIO019P | 62/787,896 | DATA VERIFICATION AND FEEDBACK FOR IMPROVING DEEP-LEARNING MODEL | Utility: Provisional | Sanjay Kanodia | Pending | Expires 1/9/20 |

**Pervacio Inc. Patent Cases**

| Docket No. | App. No. | Title | Type | 1st Inventor | Status | Note |
|---|---|---|---|---|---|---|
| PERVACIO020P | 62/801,152 | APPLYING CONFIGURATIONS THROUGH KEYBOARD EMULATION | Utility: Provisional | Sanjay Kanodia | Pending | Expires 02/05/20 |
| PERVACIO021P | 62/847,983 | CLOUD PAIRING OF MOBILE DEVICES | Utility: Provisional | Shamsunder Reddy | Pending | Expires 05/15/20 |
| PERVACIO022P | 62/848,053 | SELF-SERVICE COSMETIC DEFECT CHECK | Utility: Provisional | Sanjay Kanodia | Pending | Expires 05/15/20 |
| PERVACIO023P | NA | USB PORT RESET | Utility: Provisional | Sanjay Kanodia | Unfiled | |

| Fill in this information to identify the case: |
|---|

Debtor name **Pervacio, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** **Partners For Growth V. L.P.**
Creditor's Name

**1660 Tiburon Blvd**
**Suite D**
**Belvedere Tiburon, CA**
**94920**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$8,363,120.00**

Column B: **Limited to the value of assets**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$8,363,120.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor name      **Pervacio, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Nathaniel L. Watson**<br>nwatson4624@gmail.com | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46,317.00 | $46,317.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Nayoung Kim**<br>knyite@gmail.com | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61,033.00 | $61,033.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Pervacio, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986,811.09 | $150,000.00 |
|---|---|---|---|---|
| | **Sanjay Kanodia** <br> **5605 MacArthur Blvd.** <br> **Ste. 740** <br> **Irving, TX 75038** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,950.00 | $17,950.00 |
|---|---|---|---|---|
| | **Sumit Pandey** <br> **psumit@gmail.com** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> **Ajit Joshi** <br> **tija.joshi@gmail.com** <br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | $20,308.00 |
| 3.2 | **Nonpriority creditor's name and mailing address** <br> **Amy Shin** <br> **amyshindesign@gmail.com** <br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | $14,979.00 |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> **Annette Pappas** <br> **malechloe@gmail.com** <br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | $18,559.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Pervacio, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,113.00** |
|---|---|---|---|

**Carlos Andrea Lopez**
**cal@cloudnet.pe**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,438.00** |
|---|---|---|---|

**Cecilio O. Paradero Jr**
**Bannay Banay 2nd**
**Sanjose Batangsas 4227**
**Phillipines**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,928.00** |
|---|---|---|---|

**Chris Elias**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$961.00** |
|---|---|---|---|

**Expensify - Basavaraju Venkata Matcha**
**basavaraju.matcha@pervacio.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$413.00** |
|---|---|---|---|

**Expensify - Cheolhwan Bae(V)**
**irion97@hotmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.00** |
|---|---|---|---|

**Expensify - Ganesh Letchumananan**
**ganesh_L@yahoo.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$279.00** |
|---|---|---|---|

**Expensify - Hrishi**
**hrishi@uniqally.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Pervacio, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.11 Nonpriority creditor's name and mailing address**
**Expensify - Hungary - Diana Otvos**
diana.otvos@pervacio.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.12 Nonpriority creditor's name and mailing address**
**Expensify - Kevin Merritt**
kevmerritt@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,214.00**

---

**3.13 Nonpriority creditor's name and mailing address**
**Expensify - Mohit Tiwari**
tiwarimohit@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.14 Nonpriority creditor's name and mailing address**
**Expensify - Moni Quasem**
moni.quasem@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,388.00**

---

**3.15 Nonpriority creditor's name and mailing address**
**Expensify - Norbert W. Tummings**
norberttummings@yahoo.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.16 Nonpriority creditor's name and mailing address**
**Expensify - Rafal Murliniewicz**
rafal.murlinkiewicz@pervacio.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.17 Nonpriority creditor's name and mailing address**
**Expensify - Sankalpa Acharya**
sankalpa.acharya@blancco.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,005.00**

| Debtor | Pervacio, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.00 |
|---|---|---|---|

**Expensify - Seol Hong**
suhlhong@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,281.00 |
|---|---|---|---|

**Expensify - Steven Russo**
fstevenrusso@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.00 |
|---|---|---|---|

**Expensify - TJ Scott**
burningzerox@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Expensify - Yookang Kim**
scooby9896@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,749.00 |
|---|---|---|---|

**Expensify CA - Hussain**
hussain@jibygroup.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,245.00 |
|---|---|---|---|

**Expensify CA - Kishankumar Trivedi**
kishan.trivedi@pervacio.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,503.00 |
|---|---|---|---|

**Expensify CA - Masum Ibne Munim**
masum.munim@pervacio.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pervacio, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,521.00** |
|---|---|---|---|
| | **Expensify CA - Steve Gergereau** | ☐ Contingent | |
| | Steve.gergereau@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.00** |
|---|---|---|---|
| | **Expensify Mexico - Adriana Davila Lopez** | ☐ Contingent | |
| | adriana.davila@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.00** |
|---|---|---|---|
| | **Expensify Mexico - Alain Menchaca** | ☐ Contingent | |
| | alain.menchaca@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$676.00** |
|---|---|---|---|
| | **Expensify Mexico - David Cabrera** | ☐ Contingent | |
| | david.cabrera@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.00** |
|---|---|---|---|
| | **Expensify Mexico - Juan Antonio** | ☐ Contingent | |
| | david.cabrera@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,905.00** |
|---|---|---|---|
| | **Expensify Mexico - Ricardo Davalos** | ☐ Contingent | |
| | david.cabrera@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$842.00** |
|---|---|---|---|
| | **Expensify Peru - Carlos Lopez** | ☐ Contingent | |
| | cal@cloudnet.pe | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pervacio, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$392.00** |
| --- | --- | --- | --- |
| | **Expensify Peru - Sergio Moreno** | ☐ Contingent | |
| | Sergio@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,340.00** |
| --- | --- | --- | --- |
| | **Expensify UK - Ahmed Ali** | ☐ Contingent | |
| | ahmedali1018@hotmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$843.00** |
| --- | --- | --- | --- |
| | **Expensify UK - Andy Roden** | ☐ Contingent | |
| | jason.saunt@googlemail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,509.00** |
| --- | --- | --- | --- |
| | **Expensify UK - Jason G D Saunt** | ☐ Contingent | |
| | jason.saunt@googlemail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$306.00** |
| --- | --- | --- | --- |
| | **Expensify UK - Peter W McBride** | ☐ Contingent | |
| | jason.saunt@googlemail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173.00** |
| --- | --- | --- | --- |
| | **Expensify UK - Sandro Norim** | ☐ Contingent | |
| | sandro.norim@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$969.00** |
| --- | --- | --- | --- |
| | **Expensify UK - Tibor Adamik** | ☐ Contingent | |
| | tibor.adamik@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pervacio, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,086.00** |
|---|---|---|---|
| | **Hussain Mohammed Hussain** | ☐ Contingent | |
| | hussain@jibygroup.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,758.00** |
|---|---|---|---|
| | **Jay Mun Hun** | ☐ Contingent | |
| | jaymun0812@gmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,504.00** |
|---|---|---|---|
| | **Jayabodocherla** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|
| | **John R. Heinel** | ☐ Contingent | |
| | ohnheinel@gmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,952.41** |
|---|---|---|---|
| | **Joshua W. Bowlin** | ☐ Contingent | |
| | joshuawbowlin@gmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,727.00** |
|---|---|---|---|
| | **Kunal Kanodia** | ☐ Contingent | |
| | kanodia.kunal1@gmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,279.73** |
|---|---|---|---|
| | **Michael P. Gallagher** | ☐ Contingent | |
| | michaelgallagher204@gmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Pervacio, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **Moni Quasem** | ☐ Contingent | |
| | moni.quasem@gmail.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,335.00** |
|---|---|---|---|
| | **NCi SERGIO MIRANDA POZOS** | ☐ Contingent | |
| | david.cabrera@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Otvos Diana Petra E.V** | ☐ Contingent | |
| | diana.otvos@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,000.00** |
|---|---|---|---|
| | **Papa Malick SY** | ☐ Contingent | |
| | malick.sy@pervacio.com | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,579,020.00** |
|---|---|---|---|
| | **Partners for Growth V, L.P.** | ☐ Contingent | |
| | **1751 Tiburon Blvd** | ☐ Unliquidated | |
| | **Belvedere** | ☐ Disputed | |
| | **Tiburon, CA 94920** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$314,189.00** |
|---|---|---|---|
| | **Pervacio FinLand** | ☐ Contingent | |
| | **Salo IoT Campus, Joensuunkatu 7, Salo, 2** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,620.00** |
|---|---|---|---|
| | **Pervacio Hungary** | ☐ Contingent | |
| | **9029 Gy r,  Szit sdomb u.** | ☐ Unliquidated | |
| | **62/b. Ad sz m 23964789-2-08** | ☐ Disputed | |
| | **, Hungary** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Pervacio, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Pervacio India**<br>**Pervacio India Pvt Ltd, Plot No: 471, 3r**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$3,740,211.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Pervacio Japan**<br>**Level 28, Shinagawa Intercity Tower A 2-**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$847,962.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Pervacio Peru**<br>**Av Los Angeles 340, Miraflores 15074, Li**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$166,418.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**PPP Loan**<br>**Citi Bank**<br>**227 W. Monroe St., 24th Floor**<br>**Chicago, IL 60606**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$975,000.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Rachael Shin**<br>**amyshindesign@gmail.com**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$870.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Rafal Murlinkiewicz**<br>**rafal.murlinkiewicz@pervacio.com**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$95,080.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Rajat Sinha (CEO)**<br>**rajatksinha@yahoo.com**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$72,000.00** |

| Debtor | Pervacio, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80,000.00** |
|---|---|---|---|
| | **Ricardo Jesus Davalos Trejo** | ☐ Contingent | |
| | **david.cabrera@pervacio.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,337.00** |
|---|---|---|---|
| | **Rich Espy** | ☐ Contingent | |
| | **rich.espy@gmail.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Bruce** | ☐ Contingent | |
| | **rob.bruce@mobileklinic.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Sandor, Otvos** | ☐ Contingent | |
| | **sanders@pervacio.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,080.56** |
|---|---|---|---|
| | **Sanghun Kim (Paul)** | ☐ Contingent | |
| | **sjawkd05@gmail.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149,454.00** |
|---|---|---|---|
| | **SBA Loan** | ☐ Contingent | |
| | **disastercustomerservice@sba.gov** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,500.00** |
|---|---|---|---|
| | **Scott Searls** | ☐ Contingent | |
| | **Scott.Searls@asurion.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pervacio, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,889.40 |
|---|---|---|---|

**Shubham Mukherjee**
mukherjee.shubham2212@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,784.00 |
|---|---|---|---|

**Stas Wolk**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Tennessee Department of Revenue**
**500 Deaderick Street**
**Nasville, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,463.00 |
|---|---|---|---|

**TJ Scott**
burningzerox@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,066.00 |
|---|---|---|---|

**Veni Raghavan**
venivijay27@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,538.00 |
|---|---|---|---|

**Vinod Baliga (V)**
baligavb@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Debtor    **Pervacio, Inc.**

Name

Case number (*if known*)

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,112,111.09 |
| **5b. Total claims from Part 2** | 5b. + | $ 8,785,102.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,897,213.19 |

**Fill in this information to identify the case:**

Debtor name    **Pervacio, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
       ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Multimedia and Creativity** | |
| | State the term remaining | | **Adobe Systems, Inc.** |
| | List the contract number of any government contract | | **345 Park Ave.** **San Jose, CA 95110** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly -Hosting Service** | |
| | State the term remaining | | **Amazon Web Services** |
| | List the contract number of any government contract | | **410 Terry Avenue North** **Seattle, WA 98109** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Source Code Respository** | |
| | State the term remaining | | **Atlassian** **350 Bush St.** |
| | List the contract number of any government contract | | **Floor 13** **San Francisco, CA 94104** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Security Certificate Service** | |
| | State the term remaining | | **Digicert** **2801 N. Thanksgiving Way** |
| | List the contract number of any government contract | | **Suite 500** **Lehi, UT 84043** |

| Debtor 1 | **Pervacio, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Online Conferencing Software** | |
|---|---|---|---|
| | State the term remaining | | **Gotomeeting** |
| | List the contract number of any government contract | | **170 West Tasman Dr. San Jose, CA 95134** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Online Design App** | |
|---|---|---|---|
| | State the term remaining | | **Lucid Chart** |
| | List the contract number of any government contract | | **10355 S. Jordan Gateway Suite 300 South Jordan, UT 84095** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Security Certificate Service** | |
|---|---|---|---|
| | State the term remaining | | **Name Cheap** |
| | List the contract number of any government contract | | **11400 W. Olympic Blvd. Suite 200 Los Angeles, CA 90064** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract- Monthly- Online Design Tool** | |
|---|---|---|---|
| | State the term remaining | | **Zseplin.com** |
| | List the contract number of any government contract | | **545 Post St. San Francisco, CA 94102** |

**Fill in this information to identify the case:**

Debtor name   **Pervacio, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | _____ | | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | _____ | | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | _____ | | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Pervacio, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,498,485.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$6,173,497.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$11,549,231.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Pervacio, Inc. | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Partners For Growth V. L.P.<br>1660 Tiburon Blvd.<br>Belvedere<br>Tiburon, CA 94920 | August 31, 2020 | $127,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. Partners For Growth V. L.P.<br>1660 Tiburon Blvd.<br>Belvedere<br>Tiburon, CA 94920 | June 8, 2020 | $26,377.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sweeping bank account under DACA agreement** |
| 3.3. Partners For Growth V. L.P.<br>1660 Tiburon Blvd.<br>Belvedere<br>Tiburon, CA 94920 | June 19, 2020 | $99,445.80 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sweeping bank account under DACA agreement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Sanjay Kanodia<br>5605 MacArthur Blvd.<br>Ste. 740<br>Irving, TX 75038<br>CEO | 2/14/2020 | $10,000.00 | **Payment for personal credit card used for Pervacio, Inc.** |
| 4.2. Ajay Kanodia<br>Brother of Sanjay Kanodia | 2/14/2020 | $10,000.00 | **Payment for personal credit card used for Pervacio, Inc.** |
| 4.3. Ajay Kanodia<br>Brother of Sanjay Kanodia | 8/12/2019 | $12,500.00 | **Payment for personal credit card used for Pervacio, Inc.** |
| 4.4. Sanjay Kanodia<br>5605 MacArthur Blvd.<br>Ste. 740<br>Irving, TX 75038<br>CEO | 10/16/2019 | $7,000.00 | **Payment for personal credit card used for Pervacio, Inc.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Pervacio, Inc. | | Case number (if known) | |
|---|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.  Sanjay Kanodia<br>5605 MacArthur Blvd.<br>Ste. 740<br>Irving, TX 75038<br>CEO | 11/7/2019 | $7,000.00 | Payment for personal credit card used for Pervacio, Inc. |
| 4.6.  Sanjay Kanodia<br>5605 MacArthur Blvd.<br>Ste. 740<br>Irving, TX 75038<br>CEO | 12/19/2019 | $10,000.00 | Payment for personal credit card used for Pervacio, Inc. |
| 4.7.  Ajay Kanodia<br><br>Brother of Sanjay Kanodia | 2/14/2020 | $10,000.00 | Payment for personal credit card used for Pervacio, Inc. |
| 4.8.  Sanjay Kanodia<br>5605 MacArthur Blvd.<br>Ste. 740<br>Irving, TX 75038<br>CEO | 2/14/2020 | $10,000.00 | Payment for personal credit card used for Pervacio, Inc. |
| 4.9.  Sanjay Kanodia<br>5605 MacArthur Blvd.<br>Ste. 740<br>Irving, TX 75038<br>CEO | 3/4/2020 | $10,000.00 | Payment for personal credit card used for Pervacio, Inc. |
| 4.10.  Ajay Kanodia<br><br>CEO | 3/5/2020 | $10,000.00 | Payment for personal credit card used for Pervacio, Inc. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    **Pervacio, Inc.**                                         Case number *(if known)*

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    □ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **9/1/2020** | **$7,500.00** |
| | **Email or website address**<br>**www.gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Pervacio, Inc.**                                                    Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **5605 N. MacArthur Blvd.**<br>**Suite 740**<br>**Irving, TX 75038** | **June 2015 - June 2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | Pervacio, Inc. | Case number *(if known)* | |
|---|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Pervacio, Inc. | Case number (if known) | |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Pervacio, Inc.**<br>**5215 N. O'Connor Blvd.**<br>**11th Floor**<br>**Irving, TX 75039** | **Software Application Development for Enterprises** | **EIN:**  20-1908198<br><br>**From-To**  2004-2020 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Internal Finance Team**<br>**Pervacio, Inc.**<br>**5215 N. O'Connor Blvd.**<br>**11th Floor**<br>**Irving, TX 75039** | **2019-2020** |
| 26a.2. **MystartupCFO**<br>**4512 Legacy Drive**<br>**Plano, TX 75024** | **2018-2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Pervacio, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Sanjay Kanodia** | **5605 MacArthur Blvd. Ste. 740 Irving, TX 75038** | **President** | **56.27** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    09/05/2020 _____

   *Sanjay Kanodia* _____    **Sanjay Kanodia** _____
   Signature of individual signing on behalf of the debtor    Printed name

   Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re   **Pervacio, Inc.**

                        Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pervacio, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alex Chernyakov**
**48081 Hampden Ln.**
**Apt 107**
**Bethesda, MD 20814-4000**

**Sanjay Kanodia**
**5605 Macathur Blvd.**
**Ste. 740**
**Irving, TX 75038**

☐ None [*Check if applicable*]

09/09/2020

Date

*/s/ Ronald S. Gellert*

**Ronald S. Gellert (DE 4259)**

Signature of Attorney or Litigant

Counsel for   **Pervacio, Inc.**

**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5800 Fax:302-425-5814**
**rgellert@gsbblaw.com**

# United States Bankruptcy Court
### District of Delaware

In re    **Pervacio, Inc.**
_____    Case No. _____
                                        Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    09/05/2020
_____

*Sanjay Kanodia*
_____
**Sanjay Kanodia/Chief Executive Officer**
Signer/Title

Pervacio, Inc.
5215 N. O'Connor Blvd.
11th Floor
Irving, TX 75039

Ronald Gellert, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Partners for Growth V, L.P
1751 Tiburon Blvd.
Belvedere
Tiburon, CA 94920

Silicon Valley Bank
3003 Tasman Dr.
Santa Clara, CA 95054

Silicon Valley Bank
14185 N. Dallas Parkway
Suite 780
Dallas, TX 75254

Citi Commercial Bank - Emerging
Corporates
Jeanette Nicosia, Senior Vice President
Relationship Manager
227 W. Monroe Street, 24th Floor,
Chicago, IL 60606

U.S. Small Business Administration
Office of Disaster Assistance
Attorney Advisor
Ilya Fayerman
409 3rd St SW,
Washington, DC 20416

Alex Chernyakov
4801 Hampden Ln.
Apt 107
Bethesda, MD 20814

Pervacio FinLand
Salo IoT Campus,
Joensuunkatu 7,
Salo, 2
Finland

Pervacio Hungary
9029 Györ,  Szitásdomb u.
62/b. Adószám 23964789-2-08
Hungary

Pervacio India
Pervacio India Pvt Ltd
Plot No: 471, 3rd Floor,
Road NO: 36, Jubilee Hills,
Hyderabad-500033-India

Pervacio Japan
Level 28, Shinagawa Intercity
Tower A
2-15-1 Konan, Minato-ku,
Tokyo 108-6028, Japan

Pervacio Peru
Av Los Angeles 340,
Miraflores 15074,
Lima Peru

Carlos Andrea Lopez
Av Los Angeles 340
Miraflores 15074
Lima, Peru

Cecilio O. Paradero Jr
Bannay Banay 2nd
Sanjose Batangsas
4227
Philippines

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

Adobe Systems, Inc.
345 Park Ave.
San Jose, CA  95110

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109

Atlassian
350 Bush St., Floor 13
San Francisco, CA 94104

Digicert
2801 N. Thanksgiving Way
Suite 500
Lehi, UT 84043

Gotomeeting
170 West Tasman Dr.
San Jose, CA 95134

Lucid Chart
10355 S. Jordan Gateway
Suite 300
South Jordan,  UT 84095

Name Cheap
11400 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064

Zseplin.com
545 Post St.
San Francisco, CA 94102

**Email Addresses**
PPP Loan
jeanette.nicosia@citi.com

Ilya Fayerman
ilya.fayerman@sba.gov

SBA Loan
disastercustomerservice@sba.gov

Carlos Andrea Lopez
cal@cloudnet.pe

Expensify - Basavaraju Venkata Matcha
basavaraju.matcha@pervacio.com

Expensify - Cheolhwan Bae(V)
irion97@hotmail.com

Expensify - Hrishi
hrishi@uniqally.com

Expensify - Hungary - Diana Otvos
diana.otvos@pervacio.com

Expensify - Kevin Merritt
kevmerritt@gmail.com

Expensify - Mohit Tiwari
tiwarimohit@gmail.com

Expensify - Moni Quasem
moni.quasem@gmail.com

Expensify - Rafal Murliniewicz
rafal.murlinkiewicz@pervacio.com

Expensify - Sankalpa Acharya
sankalpa.acharya@blancco.com

Expensify - Seol Hong
suhlhong@gmail.com

Expensify - Steven Russo
fstevenrusso@gmail.com

Expensify - TJ Scott
burningzerox@gmail.com

Expensify - Yookang Kim
scooby9896@gmail.com

Expensify CA – Hussain
hussain@jibygroup.com

Expensify CA - Kishankumar Trivedi
kishan.trivedi@pervacio.com

Expensify CA - Masum Ibne Munim
masum.munim@pervacio.com

Expensify CA - Steve Gergereau
Steve.gergereau@pervacio.com

Expensify Mexico - Adriana Davila Lopez
adriana.davila@pervacio.com

Expensify Mexico - Alain Menchaca
alain.menchaca@pervacio.com

Expensify Mexico - David Cabrera
david.cabrera@pervacio.com

Expensify Mexico - Juan Antonio
david.cabrera@pervacio.com

Expensify Mexico - Ricardo Davalos
david.cabrera@pervacio.com

Expensify Peru - Carlos Lopez
cal@cloudnet.pe

Expensify Peru - Sergio Moreno
Sergio@pervacio.com

Expensify UK - Ahmed Ali
ahmedali1018@hotmail.com

Expensify UK - Andy Roden
jason.saunt@googlemail.com

Expensify UK - Jason G D Saunt
jason.saunt@googlemail.com

Expensify UK - Peter W McBride
jason.saunt@googlemail.com

Expensify UK - Sandro Norim
sandro.norim@pervacio.com

Expensify UK - Tibor Adamik
tibor.adamik@pervacio.com

Expensify - Ganesh Letchumananan
ganesh_l@yahoo.com

Norbert W. Tummings:
norberttummings@yahoo.com

Hussain Mohammed Hussain
hussain@jibygroup.com

Moni Quasem
moni.quasem@gmail.com

NCi SERGIO MIRANDA POZOS
david.cabrera@pervacio.com

Otvos Diana Petra E.V
diana.otvos@pervacio.com

Papa Malick SY
malick.sy@pervacio.com

Rachael Shin
amyshindesign@gmail.com

Rafal Murlinkiewicz
rafal.murlinkiewicz@pervacio.com

Rajat Sinha (CEO)
rajatksinha@yahoo.com

Ricardo Jesus Davalos Trejo
david.cabrera@pervacio.com

Rich Espy
rich.espy@gmail.com

Robert Bruce
rob.bruce@mobileklinic.com

Sandor, Otvos
sanders@pervacio.com

Scott Searls
Scott.Searls@asurion.com

Vinod Baliga (V)
baligavb@gmail.com

Annette Pappas
malechloe@gmail.com

John R Heinel
ohnheinel@gmail.com

Joshua W Bowlin
joshuawbowlin@gmail.com

Kunal Kanodia
Kanodia.kunal1@gmail.com

Michael P Gallagher
michaelgallagher204@gmail.com

Nathaniel L Watson
nwatson4624@gmail.com

Nayoung Kim
knyite@gmail.com

Sanghun Kim (Paul)
sjawkd05@gmail.com

Shubham Mukherjee
mukherjee.shubham2212@gmail.com

Sumit Pandey
psumit@gmail.com

Veni Raghavan
venivijay27@gmail.com

TJ Scott
burningzerox@gmail.com

Jay Mun Hun
jaymun0812@gmail.com

Amy Shin
amyshindesign@gmail.com

Ajit Joshi
tija.joshi@gmail.com

Sanjay Kanodia
sanjaykanodia@yahoo.com