**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:

PERVACIO, INC.

DEBTOR

CASE NO. 20-12096-JTD

CHAPTER 7

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

A.

| | |
|---|---|
| $735,114.58 | TOTAL GROSS RECEIPTS |
| $735,114.58 | TOTAL DISBURSEMENTS |
| $0.00 | NET BALANCE FOR DISTRIBUTION |

B. FEES AND EXPENSES

| | |
|---|---|
| $40,005.73 | Trustee Compensation |
| $690.56 | Trustee Expenses |
| $702.91 | Bond Payments |
| $17,444.55 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) |
| $197,324.46 | Chapter 7 Operating Case Expense |
| $137,327.00 | Attorney for Trustee Fees (Other Firm) |
| $1,044.57 | Attorney for Trustee Expenses (Other Firm) |
| $133,423.50 | Accountant for Trustee Fees (Trustee Firm) |
| $2,175.12 | Accountant for Trustee Expenses (Trustee Firm) |

C. DISTRIBUTIONS

| | |
|---|---|
| $0.00 | Secured Creditors |
| $212,976.18 | Priority Creditors |
| $0.00 | Unsecured Creditors |
| $0.00 | Equity Security Holders |
| $0.00 | Payments to Debtors |

TOTAL DISBURSEMENTS (Sum of B & C):       735,114.58

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):
$       0.00

D. **CLAIMS ALLOWED**

List amount allowed to each class of creditors (whether paid in full or not). However, if the class receives nothing, enter "0" on the line.

|  |  |
|---:|---|
| $0.00 | Secured Creditors |
| $1,024,614.30 | Priority Creditors |
| $0.00 | Unsecured Creditors |

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

Date:   December 7, 2023

George L. Miller, Trustee